UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re:<br><br>IVY FAYE WENRICH,<br><br>Debtor. | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 24-13099-PMM |
|---|---|

**ORDER**

AND NOW, this __14th__ day of __November__, 2024, it is hereby ORDERED that the bankruptcy case is reopened. The case shall proceed under Chapter 13 as of course.

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE